**Order entered January 26, 2023**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-01088-CV

## RODNEY B. ALLEN, Appellant

## V.

## PR GENESIS KATY LP D/B/A THE KATY VICTORY PARK, Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-17509**

### ORDER

Before the Court is appellant's motion for an extension of time to file his brief on the merits. We **GRANT** the motion and **ORDER** the brief received January 23, 2023 filed as of the date of this order.

We note appellant's brief does not satisfy the requirements of Rule 38 of the Texas Rules of Appellate Procedure. Specifically, the brief does not contain:

•a complete list of all parties to the trial courts' appealable order with the names and addresses of all trial and appellate counsel, *see* TEX. R. APP. P. 38.1(a);

•a table of contents that indicates the subject matter of each issue or point, or group of issues or points and that references the pages of the brief, *see id.* 38.1(b);

•an index of authorities arranged alphabetically and indicating the pages of the brief where the authorities are cited, *see id.* 38.1(c);

•a concise statement of the nature of the case, the course of proceedings, and the trial court's disposition of the case supported by record references, *see id.* 38.1(d);

•a concise statement of all issues or points presented for review, *see id.* 38.1(f);

•a concise statement of the facts supported by record references, *see id.* 38.1(g);

•a succinct, clear, and accurate statement of the arguments made in the body of the brief, *see id.* 38.1(h);

•appropriate citations to authorities and the record in the argument section, *see id.* 38.1(i);

•an appendix that includes a copy of the appealable order from which relief is sought; the text of any rule, regulation, ordinance, statute, constitutional provision, or other law (excluding caselaw) on which argument is based; and the text of any contract or other document that is central to the argument, *see id.* 38.1(k); and,

•a proper certificate of service, *see id.* 9.5(e).

Accordingly, we **ORDER** appellant to file an amended brief that complies with the rules **no later than February 6, 2023**. *We caution appellant that failure to comply may result in dismissal of the appeal without further notice from the Co*urt. *See id.* 38.8(a)(1), 42.3(b),(c).

/s/     BILL PEDERSEN, III
        JUSTICE